IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA HOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:19-cv-3055 |
| ) | |
| ) | |
| WILLIAMS & CONNOLLY LLP, AND ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT UNUM'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED AND RESTATED COMPLAINT**

Defendant Unum Life Insurance Company[1] ("Unum"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6) and the first-to-file rule and the rule against claim splitting, hereby submits its motion to dismiss the Second Amended Consolidated and Restated Complaint ("Second Amended Complaint") of Plaintiff Lisa Holden, and as grounds therefor states as follows:

1. Plaintiff filed her Second Amended Complaint against Unum and Co-Defendant Williams & Connolly LLP on February 12, 2021. The Second Amended Complaint contains 10 separate claims, but only Counts I, III, VIII, IX and X purport to state claims against Unum.

2. As set forth more fully in Unum's memorandum in support of its motion to dismiss, each of Plaintiff's claims should be barred by the first-to-file rule and the rule against claim splitting and should be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief may be granted as to Unum. The Second Amended Complaint should therefore be dismissed with prejudice in its entirety against Unum.

---

[1] The correct name of Unum is "Unum Life Insurance Company of America."

3. The grounds for this motion are more fully set forth in the accompanying memorandum in support of the motion to dismiss.

WHEREFORE, Unum respectfully requests that this Court enter an Order granting its motion to dismiss Plaintiff's Second Amended Complaint with prejudice.

Dated: February 26, 2021

By: /s/ Mary C. Zinsner
Mary C. Zinsner, Esq.
DC Bar No. 430091
Troutman Pepper Hamilton Sanders LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel: 202-274-1932
Fax: 703-448-6514
Email: mary.zinsner@troutman.com

David E. Constine III, Virginia Bar No. 23223
*(application for pro hac vice to be submitted)*
Troutman Pepper Hamilton Sanders LLP
Troutman Pepper Building
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, VA  23219
Telephone:       804.697.2200
Facsimile:        804.697.1339

Attorneys for Defendant
Unum Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2021 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Carson H. Sullivan
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C.  20005
(202) 551-1700

Attorneys for Defendant Williams & Connolly LLP

I hereby certify that on February 26th, 2021 the foregoing was served via email and Federal Express to the following:

Lisa K. Holden
Pro Se
720 North Carolina Avenue, S.E.
Washington, DC  20003
(202) 823-2692

                                      /s/ Mary C. Zinsner
                                          Mary C. Zinsner, Esq.
                                          DC Bar No. 430091
                                          Troutman Pepper Hamilton Sanders LLP
                                          401 9th Street, NW, Suite 1000
                                          Washington, DC 20004
                                          Tel: 202-274-1932
                                          Fax: 703-448-6514
                                          Email: mary.zinsner@troutman.com