UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LISA K. HOLDEN | ) |
|     Plaintiff, | ) |
|  | ) |
| vs. | ) CIVIL ACTION NO.: 1:19cv03055 |
|  | ) |
| WILLIAMS & CONNOLLY LLP, et al, | ) |
|  | ) |
|     Defendants | ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, having been forced out of her position as Deputy Director of Finance at Williams & Connolly LLP after nearly twenty years of loyal, dedicated, and professional service, and being subjected to such a hostile work environment that Plaintiff became severely depressed, suffered Post-Traumatic Stress Disorder (PTSD), and experienced such related psychological impact that she was unable to pursue a timely legal course of action against Defendant Williams & Connolly LLP and Defendant Unum for their collusion with one another and their deliberate and undoubtedly illegal actions of obfuscating, manipulating and distorting the employment benefits of FMLA and ERISA to which Plaintiff was entitled as part of her employment agreement with Defendant Williams & Connolly LLP, Plaintiff has now recovered sufficiently enough from the acts of betrayal on the part of Defendants to now understand that Plaintiff will likely not be able to experience any form of justice via the Court based upon her untimely filing.

1

Plaintiff is voluntarily dismissing the complaint with prejudice as she has experienced further recovery from the medical condition which she found herself suffering from in August 2015 as a result of the hostile work environment which she had been subjected and Plaintiff now wants to get on with her life in a more constructive manner than continuing to argue against Defendants' efforts to deny Plaintiff her duly deserved employment benefits.

Plaintiff appreciates the Court's time in hearing the case.

Respectfully submitted,

Dated: April 15, 2021

/s/ Lisa K Holden

Lisa K Holden, Pro Se Litigant
720 North Carolina Avenue, SE
Washington, DC. 20003
(202) 823-2692

## CERTIFICATE OF SERVICE

I hereby certify on April 15, 2021, I sent the foregoing document via email to the following attorneys at the emails noted below.

Carson H. Sullivan, Esq.
Paul Hastings LLP
2050 M Street, NW
Washington, DC. 20036
carsonsullivan@paulhastings.com
(202) 551-1809

David E. Constine, Esq./Mary C. Zinsner, Esq.
Troutman Pepper
5 Tapoan Road
Richmond, VA. 23226
(804) 697-1258
david.constine@troutman.com

                                                Lisa K. Holden, Pro Se
                                                720 North Carolina Avenue, SE
                                                Washington, DC 20003
                                                (202) 823-2692